KC FILED
NOV 14 2007
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Diane M. Phillips
(Please print)

STREET ADDRESS: 2138 West 114th Place

CITY/STATE/ZIP: Chicago, IL 60643

PHONE NUMBER: 773-238-3896

CASE NUMBER: 07CV6461
JUDGE COAR
MAGISTRATE JUDGE MASON

Signature: Diane Phillips   Date: 11/14/07