## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6461 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Diane M. Dillon Phillips vs. Thresholds Psychiatric Rehabilitation Center | | |

**DOCKET ENTRY TEXT**

Plaintiff's In Forma Pauperis Application is Granted. Status hearing set for February 27, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|