FILED
JAN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
1-10-2008
JAN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) Diane M. Dillon Phillips

V.

Defendant(s) Thresholds Psychiatric Rehabilitation Centers

Case Number: 07C 6461

Judge: David Coar

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Diane M. Dillon Phillips, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]:
   I have called several Bar Associations and consulted with friends who practice and I have been told that I must pay a retainer of $5,000 or more before they can help.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Diane Phillips_
Movant's Signature

January 10, 2008
Date

2138 West 114th Place
Street Address

Chicago, IL 60643
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐