# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Diane M. Dillon Phillip | 07C6461 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Thresholds Psychiatric Rehabilitation Center | S/C |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Thresholds Psychiatric Rehabilitation Centers

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4101 N. Ravenswood, Chicago, IL 60613

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Diane M. Dillon Phillips
2138 W. 114th Place
Chicago, IL 60643

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Jan 30, 2008
FILED
JAN 3 0 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER
DATE: 01-15-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: TD
Date: 01-15-08

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Mary Anzilotti, Area Director

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 01/28/08
Time: 10:10 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 6.80 | 0 | 102.80 | 0 | 102.80 | 0 |

REMARKS: 2 USM, 1 Hr, 14.04 miles

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)