## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6461 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Diane M. Dillon Phillips vs. Thresholds Psychiatric Rehabilitation Centers | | |

**DOCKET ENTRY TEXT**

The order [5] dated 1/10/2008 granting the Plaintiff's Application to Proceed In forma Pauperis is vacated. Plaintiff's Motion for Appointment of Counsel [7] is denied.  The plaintiff has household income of $6,000.00 per month for a family of five.  The plaintiff has until March 13, 2008 to pay the filing fee.  The status hearing that is currently set for 2/27/2008 is stricken and no one should appear on 2/27/2008.  The status hearing is reset to March 26,  2008 at 9:00 a.m. in Courtroom #1419, 219 South Dearborn Street. Chicago, Illinois.

Docketing to mail notices.

| Courtroom Deputy Initials: | PAMF |
|---|---|