MHK

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

2008 FEB 14  AM 9:04
CLERK
U.S. DISTRICT COURT

In the Matter of

Diane M. Dillon Phillips vs. Thresholds Psychiatric Rehabilitation Centers, properly named as The Thresholds, an Illinois not for profit corporation

Case Number: 07C6461

Coar

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thresholds Psychiatric Rehabilitation Centers, properly named as The Thresholds, an Illinois not for profit corporation

FILED
2-14-2008
FEB 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Bruce A. Jefferson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| General Counsel for The Thresholds, an Illinois not for profit corporation |

| STREET ADDRESS |
|---|
| 4101 N. Ravenswood |

| CITY/STATE/ZIP |
|---|
| Chciago Il 60613 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6185531 | 773-572-5210 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐