IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Diane M. Dillon Phillips
PLAINTIFF

CASE NO. 07 C 6461     Coar

VS.

Thresholds Psychiatric Rehabilitation Centers
DEFENDANT

FILED
FEB 27 2008
Feb 27, 2008
MICHAEL W. DOBBINS
DISTRICT COURT

## NOTICE OF MOTION

TO: Mr. Bryce Jefferson
Thresholds Psychiatric Rehabilitation Center
4101 N. Ravenswood Ave. Chicago, IL 60613

On March 5, 2008 at 9:00 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar in Courtroom 1419 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present "Motion to Reconsider In Forma Pauperis Application Denial"

*Copy To:
The Honorable David Coar

Name Diane M. Dillon Phillips
Address 2138 West 114th Pl.
City / Zip Chicago IL 60643
Telephone 773-238-3896

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 27th day of February I served a copy of this notice to each person whom it is directed by way of the U.S. Postal Service

Diane Phillips                    2/27/08
SIGNATURE / CERTIFICATION         DATE