## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Diane M Dillon–Phillips

                                                                 Plaintiff,

v.                                                                      Case No.: 1:07–cv–06461
                                                                             Honorable David H. Coar

Thresholds Psychiatric Rehabilitation Centers

                                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 3/6/2008 regarding motion for reconsideration[12]. For the reasons stated on the record, MOTION by Plaintiff to reconsider in forma pauperis application denial [12] is denied. Advised in open Court notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.