## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Diane M Dillon–Phillips

                                Plaintiff,

v.                                                   Case No.: 1:07–cv–06461
                                                   Honorable David H. Coar

Thresholds Psychiatric Rehabilitation Centers

                                Defendant.


### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to all discovery disputes and all discovery motions.(pm, )Mailed notice.


Dated: March 26, 2008

                                                                       /s/ David H. Coar

                                                              United States District Judge