*Diane M. Dillon Phillips* Case #07C6461 HHN
vs.
*Thresholds Pyschiatric Rehabilitation Centers*

**FORM**

**FILED**
MAR 26 2008
3-26-2008
Judge David H. Coar
United States District Court

[ADD: CASE HEADING]

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this court's order, _Diane M. Dillon Phillips_ representing plaintiff(s), and _Bruce Jefferson_ representing the defendant(s), met on _3/26/08_ pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. Complete Discovery
2. Disclosing Expert Witness
3.
4.
5.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1. "None at this time."
2.
3.
4.
5.

FILED

Discovery will be needed on the following subjects:

1. *Plaintiff's Employment History*
2. *Any and All Facts Underlying the Complaint and Answer;*
3.
4.

D. Discovery should/(should not) be conducted in phases.
   "*At this point in time*"

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge.  Yes __X__   No ____

F. The parties (consent)/do not consent to this matter being referred to the Magistrate Judge for final disposition.  [Pl to]

G. The parties have discussed the possibility of alternative dispute resolution and concluded: *The Plaintiff and Defendant have not agreed to participate in mediation at this time;*

H. The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $ *1,500,000.00* and the defendant has offered $ *0*.

I. The Court should consider the following methods of expediting the resolution of this matter:
   "*Nothing at this time*"

_____
Attorney for Plaintiff          3/26/08

_____
Attorney for Defendant

Judge Coar
Oct. 10, 1997