*Diane M. Dillon Phillips* CASE # 07C6461 MHN
vs.
*Threshold Psychiatric Rehabilitation Centers*

**FORM**

[ADD: CASE HEADING ]

**PROPOSED SCHEDULING ORDER**

**FILED**
MAR 26 2008
3-26-2008
Judge David H. Coar
United States District Court

1. **Discovery**

   The following time limits and deadlines shall be applicable.

   A. All disclosures required by Rule 26(a)(1) shall be made on or before  9/4/08 .

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before  10/2/08 .

   (It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

   C. The cutoff of fact discovery is  12/18/08 .

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before  9/4/08 .

   E. The parties may depose the other side's expert at any time prior to  10/2/08 .

   F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to  11/18/08 .

   G. The parties shall have until  12/18/08  to depose the opposing party's rebuttal expert.

2. **Motions**

   Any dispositive motions to be filed on or before  1/23/09 . (Ordinarily this date will be 30 days following the close of fact discovery.)

3. **Final Pretrial Order and Conference**

   The final pretrial order shall be filed on or before  4/23/09 .
   (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

   The final pretrial conference will be held on

   ☒ _____ at _____.m.  (This date and time will be set by the Court at the Rule 16 conference.)

4. **Trial**

   ☒ Trial is set in this matter on _____
   at 10:00 a.m.  (The trial date will be set by the Court at the Rule 16 conference.)

5. **Status Hearings**

   ☒ A further status hearing/preliminary pretrial conference should be held

   on _____ .

   Judge Coar
   Format revised: 3/15/1999