United States District Court
Northern District of Illinois

Diane M. Dillon Phillips, )
)
   Plaintiff, )
)
   vs. ) Case No. 07 C 6461
) Judge David Coar
) Magistrate Judge Michael Mason
)
Thresholds Psychiatric Rehabilitation Centers, )
an Illinois not for profit corporation, )
)
   Defendant.

## DEFENDANTS RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), Defendant, The Thresholds (named as Thresholds Psychiatric Rehabilitation Centers and referred to in this document as "Thresholds" or "Defendant"), hereby serves these Initial Disclosures to the Plaintiff:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

   The following have information regarding the work history of the Plaintiff at Thresholds:

   Pat Biggs,
   Thresholds Employee and a supervisor of the Plaintiff
   4101 N. Ravenswood
   Chicago, Il 60613
   773-572-5500

   Marc Fagan
   Thresholds Employee and a supervisor of the Plaintiff
   4101 N. Ravenswood
   Chicago, Il 60613
   773-572-5500

Katherine Hall
Thresholds Employee,
4101 N. Ravenswood
Chicago, Il 60613
773-572-5500

Shirley Moorer
Thresholds Employee,
4101 N. Ravenswood
Chicago, Il 60613
773-572-5500

Garrett Raubolt
Thresholds Employee,
4101 N. Ravenswood
Chicago, Il 60613
773-572-5500

April Bullock
Thresholds Employee,
4101 N. Ravenswood
Chicago, Il 60613
773-572-5500

Cyrus D. Solhkhah
Last known address:
5733 N. Sheridan Rd.
#30A
Chicago Il 60660
773-293-3150

(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

    Thresholds has in its possession the Personal file and other work related documents of the Plaintiff. Thresholds has previously submitted to the Illinois Department of Human Rights a Position Statement involving the fact of this cause of action, a copy of which was served on the Plaintiff.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries

suffered; and

> Thresholds has no such computations or other materials regarding alleged damages.

(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

> The Plaintiff has an Insurance Agreement with Philadelphia Indemnity Insurance Company Policy Number: PHSD264107. Documentation relating to this policy is available to the Plaintiff for inspection and copying upon request.

These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

Submitted by:

/s/ Bruce Jefferson          April 28, 2008
Bruce Jefferson              Date

Bruce Jefferson
General Counsel for The Thresholds
4101 North Ravenswood
Chicago Il 60613
773-572-5210
Attorney Reg. No. 6185531

Certification of Service

I certify that the attached Defendants Rule 26(A)(1) Initial Disclosures of The Thresholds was sent this day by 1st Class US Mail to the Plaintiff at the following address:

Diane M. Dillon Phillips
2138 West 114th Place,
Chicago. Illinois 60643.


/s/ Bruce Jefferson             ___April 28, 2008_____
Bruce Jefferson,                          Date