FILED
4-28-2008
APR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIANE M. DILLON PHILLIPS,

    Plaintiff,

VS.

THRESHOLDS PSYCHIATRIC REHABILITATION CENTERS

    Defendant.

Case No. 07 CV 06461

Judge David H. Coar

### NOTICE OF MOTION

TO:    Bruce Jefferson, General Counsel
Thresholds Psychiatric Rehabilitation Centers
4101 North Ravenswood
Chicago, Illinois 60613

    **PLEASE TAKE NOTICE** that on **Monday, May 12, 2008 at 9:00 a.m.**, I shall appear before the Honorable David H. Coar, U. S. District Court Judge, in the U. S. District Court for the Northern District of Illinois, Eastern Division, Court Room 1419 and then and there to present Plaintiff's Motion to Request an Extension on Disclosures Required by the Federal Rules of Civil Procedures, Title V. Disclosures and Discovery, Rule 26(a)(1) on or before Monday, April 28, 2008 to the Defendant. A copy of this Motion is attached hereto and served upon you.

    Respectfully Submitted,

    By: Diane M. Phillips
    Pro se Plaintiff

Diane M. Phillips, President and Chief Executive Officer
ELITE HUMAN SERVICE SYSTEMS, INC.
2138 West 114th Place
Chicago, Illinois 60643
773-238-3896
April 28, 2008

## CERTIFICATION OF SERVICE

I hereby certify that on April 28, 2008, I filed the forgoing document in person with the U. S. District Court, Northern District of Illinois, Eastern Division Office of the Clerk of Court. I also sent this document via the U. S. Postal Service "certified mail" on April 28, 2008 to the attorney for the defendant as listed as follows:

Mr. Bruce Jefferson, Attorney-At-Law and General Counsel
Thresholds Psychiatric Rehabilitation Centers
4101 North Ravenswood
Chicago, Illinois 60613

Respectfully Submitted By:

_____
Diane M. Phillips, Pro se Plaintiff