United States District Court
Northern District of Illinois

| | |
|---|---|
| Diane M. Dillon Phillips, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07 C 6461 |
| ) | Judge David Coar |
| ) | Magistrate Judge Michael Mason |
| ) | |
| Thresholds Psychiatric Rehabilitation Centers, ) | |
| an Illinois not for profit corporation, ) | |
| ) | |
| Defendant. | |

### DEFENDANTS RESPONSE TO THE PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE RULE 26(a)(1) DISCLOSURES

Defendant, The Thresholds (named as Thresholds Psychiatric Rehabilitation Centers and referred to in this document as "Thresholds" or "Defendant"), in Response to the Plaintiff's Motion for an Extension of time to File Rule 26(a)(1) disclosures states as follows:

1. That pursuant to this courts Order of March 26 2008 Discovery motions should be submitted to the Magistrate Judge.

2. That an extension of 60 days would unduly compress the Discovery schedule in this matter.

3. That the Plaintiff has failed to give sufficient grounds to support her request for such a long extension.

Wherefore the Defendant moves that this Court deny the Plaintiffs request of a 60 day extension of time in which to file her Rule 26(a)(1) disclosures

Submitted by:

1

/s/ Bruce Jefferson                May 5, 2008
Bruce Jefferson                    Date

Bruce Jefferson
General Counsel for The Thresholds
4101 North Ravenswood
Chicago Il 60613
773-572-5210
Attorney Reg. No. 6185531

## Certification of Service

I certify that the attached Defendants Rule 26(A)(1) Initial Disclosures of The Thresholds was sent this day by 1st Class US Mail to the Plaintiff at the following address:

Diane M. Dillon Phillips
2138 West 114th Place,
Chicago. Illinois 60643.

/s/ Bruce Jefferson             May 5, 2008
Bruce Jefferson,                Date