## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Diane M Dillon–Phillips

                          Plaintiff,

v.                                          Case No.: 1:07–cv–06461
                                          Honorable David H. Coar

Thresholds Psychiatric Rehabilitation Centers

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 5/12/2008 regarding extension of time[22]. MOTION by Plaintiff Diane M Dillon–Phillips for an extension on Disclosures Required by the Federal Rules of Civil Procedures, Title v. Disclosures and Discovery, Rule 26(a)(1) on or before Monday, April 28, 2008 [22] is denied without prejudice to re–noticing before the Magistrate Judge. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.